UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
JOHN T. POWERS, JR.,                                    Civil Case No.:  15-cv-5116
                                                                    (LDW) (ARL)

                        Plaintiff,

            - against -                                            PROPOSED JOINT
                                                            PRETRIAL ORDER


COUNTY OF SUFFOLK, SUFFOLK COUNTY TRAFFIC AND
PARKING   VIOLATIONS   AGENCY,   SUFFOLK   POLICE
DEPARTMENT, SUFFOLK COUNTY POLICE OFFICER "JOHN"
WEISS, said first name being a fictitious name, the true name
being unknown to the Plaintiff, being and intended to be an
unknown Suffolk County Police Officer, SUFFOLK COUNTY
SHERIFF'S DEPARTMENT, "JOHN DOE #1", said name being
a fictitious name, the true name being unknown to the
Plaintiff, being and intending to be an unknown Deputy
Sheriff of the Suffolk County Sheriff's Department, "JOHN
DOE #2", said name being a fictitious name, the true name
being unknown to the Plaintiff, being and intended to be
unknown Security Guard for the Suffolk County Parking and
Violations Agency and LOU RE,

                        Defendants.
--------------------------------------------------------------------------------X

        A final pretrial conference was on held on the 14th day of July 2016.  As ordered by the

Honorable Magistrate Arlene R. Lindsay on that date the parties submit the following pursuant to

Federal Rule of Civil Procedure 16(e) and the Individual Practice Rules of the Honorable Judge

Leonard D. Wexler:


1.      **FULL CAPTION**

        The full caption of the case is as set forth above.  On August 5, 2016 the Plaintiff submitted an

application pursuant to Rule 2(B) of the Individual Practice Rules of the Honorable Judge Leonard D.

Wexler for a Pre-motion Conference which application seeks in part to amend the Plaintiff's

Complaint to correctly identify the Defendant, Suffolk County Police Officer "John" Weiss, as Anthony

Weiss.  Pursuant to the aforementioned application, a Pre-motion Conference is scheduled before the

Honorable Judge Leonard D. Wexler on September 14, 2016.

2.      **TRIAL COUNSEL**

For Plaintiff:                                    Attorney for Defendants: *County of Suffolk,*
                                                  *Suffolk County Traffic and Parking Violations*
Harold A. Steuerwald, Esq.                        *Agency, Suffolk County Police Department,*
Harold A. Steuerwald, LLC.                        *Suffolk County Police Officer Weiss s/h/a*
Bellport, New York 11713                          *"John" Weiss, Suffolk Sheriff's Office s/h/a*
112 South Country Road, Suite 116                 *s/h/a Suffolk County Sheriff's Department and*
Tel. No.: (631) 286-0800                          *Lou Re:*
Fax No.: (631) 286-8474

                                                  Arlene S. Zwilling, Assistant County Attorney
Scott Lockwood, Esq.                              Dennis M. Brown
1476 Deer Park Avenue, Suite 3                    Suffolk County Attorney
North Babylon, New York 11703                     H. Lee Dennison Building
Tel. No.:  (631) 242-3369                         100 Veterans Memorial Highway
Fax No.:  (631) 595-1072                          Hauppauge, New York 11788
                                                  Tel. No.:  (631) 853-4055
                                                  Fax No.:  (631) 853-5169

3.      **JURY TRIAL:  LENGTH OF TRIAL**

Plaintiff requests the case to be tried with a jury.  The parties estimate that the trial will last 5 days.

4.      **WITNESSES**

Plaintiff's Witnesses

The Plaintiff will call the following fact witnesses to prove his case in chief:

| | | | |
|---|---|---|---|
| 1. | John T. Powers, Jr. | Plaintiff | In person |
| 2. | Kevin P. Cadden, Esq. | Witness | In person |
| 3. | Ernie Bongiovanni, Esq. | Witness | In person |
| 4. | Ira Rosenberg, Esq. | Witness | In person |
| 5. | Adam J. Halpern, Esq. | Witness | In person |
| 6. | James A. Evans | Witness | In person |
| 7. | John Lynch, Esq. | Witness | In person |

Plaintiff reserves the right not to call any of the witnesses.  Plaintiff further reserves the right to call any of the witnesses listed by Defendants.

<u>Defendants' Witnesses</u>

In addition to those persons listed by Plaintiff as witnesses, whom defendants reserve the right to call as witnesses regardless of whether Plaintiff calls them, Defendants intend to call the following persons as trial witnesses:

1. Anthony Weiss
2. Louis Re
3. Michael Cafarella
4. William Cocks
5. Paul Margiotta
6. PSO Gaetan
7. Michael Lavella
8. Michael Rosen
9. PO Kennedy

5.  **<u>DEPOSITION TESTIMONY</u>**

The parties reserve the right to rely on the deposition of witnesses to the full extent permitted by Fed. R. Civ. P. 32(a) and to rely on the deposition of any witness who is unavailable for trial to the full extent permitted by Fed. R. Civ. P. 32.

6.  **<u>EXHIBITS</u>**

<u>Plaintiff's Exhibits</u>

Plaintiff presents the following Exhibits:

1.  June 6, 2014 video of incident at issue from Suffolk County Traffic and Parking Violations Agency.

2.  June 6, 2014 video from Suffolk County Traffic and Parking Violations Agency of holding cell.  (Plaintiff is presently awaiting receipt of a copy of said video from Defendants' counsel).

3.      Public Safety Incident Report of June 6, 2014 (2 pages).

4.      Sign in sheet for Suffolk County Traffic and Parking Violations Agency for June 6, 2014.

5.      Supplementary Report of June 6, 2014 incident by Suffolk County Police Officer Anthony Weiss.

6.      Report by Suffolk County Deputy Sheriff James A. Evans for June 6, 2014 incident.

7.      Suffolk County Police Department Rules and Procedures regarding probable cause to arrest that were in effect on June 6, 2014.

8.      A copy of the Rules and Procedure Handbook for the Suffolk County Traffic and Parking Violations Agency that was in effect on June 6, 2014 and all subsequent amendments. (Plaintiff is presently awaiting receipt of a copy of said document from Defendants' counsel).

9.      Personnel file of Defendant, Lou Re.  (Plaintiff is presently awaiting receipt of a copy of said document from Defendants' counsel).

10.     Personnel file for Defendant, Suffolk County Police Officer Anthony Weiss s/h/a "John" Weiss.  (Plaintiff is presently awaiting receipt of a copy of said document from Defendants' counsel).

11.     Cell phone records of John T. Powers, Jr. for June 6, 2014.


Defendants' Exhibits

In addition to those documents and things listed by Plaintiff as exhibits, which defendants reserve the right to move into evidence if not offered by Plaintiff, Defendants intend to offer the following documents and things into evidence, in whole or in part:

1.  Plaintiff's Notice of Claim.

2.  Suffolk County Police Department Internal Affairs Bureau Report.

3.  Plaintiff's Response to Defendants' Interrogatories.

4.  Transcript of plaintiff's hearing pursuant to N.Y. General Municipal Law §50-h.

5.  File of Matter of Powers v. Suffolk County Traffic and Agency Violations Agency, Supreme Court, County of Suffolk, Index No. 21847-2014.

6.  File of Matter of Powers v. County of Suffolk and Suffolk County Traffic and Agency Violations Agency, Supreme Court, County of Suffolk, Index No. 16-268.

7.  Still photographs of frames of June 6, 2014 video of incident from Suffolk County Traffic and Parking Violations Agency

8. File of People of the State of New York against Katherine Kartsonis, Suffolk County Traffic and Parking Violations, Case No. 1310000396.

9. Plaintiff's Proposed Amended Complaint.


Dated: Bellport, New York        /s/ Harold A. Steuerwald
      September 6, 2016         _____

HAROLD A. STEUERWALD, LLC.
BY: Harold A. Steuerwald, Esq.
112 South Country Road, Suite 116
Bellport, New York 11713
Tel. No.: (631) 286-0800
Fax No.: (631) 286-8474
Steuerwaldlaw@verizon.net


Dated: Hauppauge, New York      /s/ Arlene S. Zwilling
      September 6, 2016         _____

DENNIS M. BROWN
Suffolk County Attorney
By: Arlene S. Zwilling, Assistant County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788-0099
Tel. No.: (631) 853-4049
Fax No.: (631) 853-5169
Arlene.zwilling@suffolkcountyny.gov


Dated: Central Islip, New York
      September ___, 2016      SO ORDERED:



                                    _____
                                    ARLENE ROSARIO LINDSAY
                                    United States Magistrate Judge